ARMAND VECSEY, Respondent, v. THE RUDOLPH WURLITZER COMPANY, Appellant, Impleaded, etc.— Order modified by providing that an open commission be issued for the examination of the witness, and that the defendant be permitted to examine said witness orally, upon a day certain to be agreed upon by the

parties or to be fixed by the order, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.